IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALVIN G. STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:23-CV-112 (MTT) |
| | ) |
| COMMISSIONER TIMOTHY C. WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends denying Plaintiff Alvin G. Stanley's renewed motion for preliminary injunctive relief. Doc. 20 at 7-9. Stanley has not filed an objection, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 20) is **ADOPTED** and made the Order of the Court. Accordingly, Stanley's renewed motion for preliminary injunctive relief (Doc. 16) is **DENIED**.

**SO ORDERED**, this 28th day of July, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT